# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SEARS, | 1:07-CV-01770 OWW DLB (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT |
| v. | [Doc. 8] |
| DENNIS SMITH, Warden | |
| Respondent. / | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    Petitioner filed the instant petition for writ of habeas corpus on December 6, 2007. (Court Doc. 1.) Petitioner contends that he is entitled to consideration for a one year reduction in his sentence for completion of the Residential Drug Abuse Program ("RDAP").

    On February 12, 2008, Respondent filed the instant motion to dismiss arguing that the petition is moot. (Court Doc. 8.) Petitioner has not filed a response.

    In his motion to dismiss, Respondent indicates that on December 17, 2007, Dr. Robbie L. Rhodes, Ph. D., Western Regional Drug Abuse Programs Coordinator for the Federal Bureau of Prisons ("BOP"), received a request for early release review of Petitioner. (Attachment 1, ¶ 4, Declaration of Rhodes, to Motion.) Based on this review, Petitioner's eligibility for early release pursuant to 18 U.S.C. § 3621(e) was adjusted. Id. at ¶ 6. Respondent indicates that as of February 7, 2008, Petitioner's projected release date was adjusted from July 18, 2009 to July 18,

1

2008. Accordingly, Petitioner has been referred for community placement in accordance with applicable BOP policy governing the third phase (Community Transition Component) of the Residential Drug Abuse Treatment Program, Program Statement 5330.10, Drug Abuse Programs Manual, Inmate.

Respondent indicates that as a result, Petitioner is now awaiting notice that he has been accepted by Cornell Corrections for placement at a facility in the San Francisco Bay Area. Upon acceptance, Petitioner will be furloughed to the appropriate facility to begin participation in the Community Transition component of the RDAP.

As Respondent correctly points out, the 18 U.S.C. § 3621(e) early release provisions apply only when an inmate has successfully completed all phases of the RDAP programs, including Community Transition. As Petitioner has already received the relief he has requested in the petition, the petition is now moot and should be dismissed. North Carolina v. Rice, 404 U.S. 244, 246 (1971) ("federal courts are without power to decide questions that cannot affect the rights of litigants in the case before them"); Mitchell v. Dupnick, 75 F.3d 517, 528 (9th Cir. 1996); Fendler v. U.S. Bureau of Prisons, 846 F.2d 550, 555 (9th Cir. 1988).

Based on the foregoing, it is HEREBY ORDERED that:

1. Respondent's motion to dismiss the instant petition as MOOT is GRANTED; and,

2. The instant petition for writ of habeas corpus is DISMISSED.

IT IS SO ORDERED.

**Dated:    March 21, 2008**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE